Michael Coppertino case no 18_27360.

I am objecting not to have the case dismissed due to my attorney failing me and not contacting me I haven't spoke to my attorney since I paid him I was informed by him that he was gonna do all rescheduling Come to find out that was never done I paid him over $1500 now I haven't heard from him since I'd like to have a court date scheduled so it gives me time to find a nother attorney

1-2-19

Sent from my Verizon, Samsung Galaxy smartphone

**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**
Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| | |
|---|---|
| IN RE:<br><br>MICHAEL COPPERTINO,<br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No. 18-27360 (ABA)<br><br>*CHAPTER 13 STANDING TRUSTEE'S*<br>*CERTIFICATION OF DEFAULT* |

**ISABEL C. BALBOA**, hereby certifies as follows:

1. I am the Chapter 13 Standing Trustee for the above-captioned Chapter 13 case.

2. On November 21, 2018, a Stipulation between the Chapter 13 Trustee and Debtors' counsel was filed with the Court (Doc. No. 30). Pursuant to the terms of the stipulation, Debtor was to reschedule the §341(a) Meeting of Creditors within ten (10) days. In the event Debtors fail to comply with the terms of the stipulation and/or if Debtors fail to appear at the rescheduled §341(a) Meeting, Debtors' case shall be dismissed upon receipt of a certification by the Trustee.

3. Debtor has failed to comply with any of the terms of the Stipulation. Debtor failed to appear at the rescheduled §341(a) Meeting of Creditors scheduled for December 14, 2018[1].

4. I make this Certification in Support of the entry of an Order Dismissing this Case.

5. ANY OBJECTION BY THE DEBTOR(S) TO THIS CERTIFICATION *MUST* BE FILED WITH THE COURT AND SERVED UPON THE STANDING CHAPTER 13 TRUSTEE WITHIN FOURTEEN (14) DAYS OF THE FILING OF THE CERTIFICATION OR THE CERTIFICATION WILL BE DEEMED UNCONTESTED AND NO HEARING WILL BE SCHEDULED.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 18, 2018

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

---

[1] Debtor previously failed to appear at the §341(a) Meeting of Creditors scheduled for October 12, 2018 and November 9, 2018.