**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Michael Coppertino | Case No.: 18-27360<br>Hearing Date: 2/8/2019<br>Chapter: 13<br>Judge: ABA |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Andrew B. Altenburg Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Non-Payment

**Location of Hearing:** Courtroom No. 4B
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** February 8, 2019 @ 9:00AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 1/2/2019

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __1/2/__, 20__19__ this notice was served on the following:

Debtor, Counsel for Debtor, and Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

*rev. 1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Coppertino  
    Debtor

Case No. 18-27360-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 02, 2019  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2019.  
db           +Michael Coppertino,   522 Zion Road,   Egg Harbor Township, Nj 08234-5925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2019 at the address(es) listed below:  
         Andrew M. Carroll    on behalf of Debtor Michael  Coppertino AndrewCarrollEsq@gmail.com  
         Brian C. Nicholas    on behalf of Creditor   VW Credit Inc. dba Audi Financial Services    bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor   VW Credit Inc. dba Audi Financial Services    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor   VW Credit Inc. dba Audi Financial Services    rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                    TOTAL: 7