Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                      Case No.: 18−27360−ABA
                                      Chapter: 13
                                      Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Coppertino
   522 Zion Road
   Egg Harbor Township, Nj 08234

Social Security No.:
   xxx−xx−8111

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/25/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 25, 2019
JAN: bc

                                                                                                                   Jeanne Naughton
                                                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-27360-ABA
Michael Coppertino                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2         Date Rcvd: Feb 25, 2019
                              Form ID: 148             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2019.
db              +Michael Coppertino,    522 Zion Road,    Egg Harbor Township, Nj 08234-5925
517729744       +Deville Mgmt,    Attn: Bankruptcy,    Po Box 1987,    Colleyville, TX 76034-1987
517729750       +Northeastern Title Loans, LLC,    3440 Preston Ridge Rd., Ste 500,    Alpharetta, GA 30005-3823
517729751       +Nu 2 U Auto,    105 White Horse Pike,    Clementon, NJ 08021-4154
517729757       +VW Credit Inc. dba Audi Financial Services,    PO Box 9013,    Addison, Texas 75001-9013
517729756       +VW Credit Inc. dba Audi Financial Services,    KML Law Group, P.C.,
                  216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517729758       +Waypoint,    301 Sundance Pkwy,    Round Rock, TX 78681-8004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 26 2019 00:38:36      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 26 2019 00:38:31      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517729742       +EDI: WFNNB.COM Feb 26 2019 05:03:00      Comenitycapital/forev2,    Attn: Bankruptcy Dept,
                  Po Box 182125,    Columbus, OH 43218-2125
517754275       +EDI: CCS.COM Feb 26 2019 05:03:00      Credit Collection Services,    2 Wells Avenue,
                  Newton Center, MA 02459-3246
517729743       +EDI: CCS.COM Feb 26 2019 05:03:00      Credit Collections Services,    Attention: Bankruptcy,
                  725 Canton Street,    Norwood, MA 02062-2679
517729745       +EDI: AIS.COM Feb 26 2019 05:03:00      Directv, LLC,    by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517754276       +EDI: AMINFOFP.COM Feb 26 2019 05:03:00      First Premier,    601 South Minnesota Avenue,
                  Sioux Falls, SD 57104-4824
517729746       +EDI: AMINFOFP.COM Feb 26 2019 05:03:00      First Premier Bank,    Po Box 5524,
                  Sioux Falls, SD 57117-5524
517754277       +EDI: RESURGENT.COM Feb 26 2019 05:03:00      LVNV Funding,    PO Box 29603-0497
517778083        EDI: RESURGENT.COM Feb 26 2019 05:03:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                  PO Box 10587,    Greenville, SC 29603-0587
517729749       +EDI: RESURGENT.COM Feb 26 2019 05:03:00      LVNV Funding/Resurgent Capital,    Po Box 10497,
                  Greenville, SC 29603-0497
517729752       +EDI: JEFFERSONCAP.COM Feb 26 2019 05:03:00      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517729753        EDI: Q3G.COM Feb 26 2019 05:03:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                  PO Box 788,    Kirkland, WA 98083-0788
517729748        EDI: RESURGENT.COM Feb 26 2019 05:03:00      Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
517731079       +EDI: RMSC.COM Feb 26 2019 05:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517729754       +EDI: AIS.COM Feb 26 2019 05:03:00      T Mobile/T-Mobile USA Inc,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517743960       +EDI: AIS.COM Feb 26 2019 05:03:00      T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517754274        E-mail/Text: vci.bkcy@vwcredit.com Feb 26 2019 00:38:43      Volkswagon Credit,    PO Box 3,
                  Hillsboro, OR 97123
517853216       +EDI: AIS.COM Feb 26 2019 05:03:00      Verizon,    by American InfoSource as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517729755       +E-mail/Text: vci.bkcy@vwcredit.com Feb 26 2019 00:38:43      Volkswagen Credit, Inc,    Po Box 3,
                  Hillsboro, OR 97123-0003
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517729747       LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 2 of 2             Date Rcvd: Feb 25, 2019
                               Form ID: 148             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:
              Andrew M. Carroll    on behalf of Debtor Michael   Coppertino AndrewCarrollEsq@gmail.com
              Brian C. Nicholas    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```